No. 97–9379.  POOLER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–9380.  ROSENBERG v. DEPARTMENT OF THE AIR FORCE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 97–9381.  POPE v. BOARD OF SCHOOL COMMISSIONERS OF BALTIMORE CITY ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 97–9382.  BEYDLER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9383.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–9384.  BRESSI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–9385.  HARRIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–9386.  FRETWELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 97–9387.  HARRIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–9389.  FLEMING v. UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–9390.  CARTER v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 97–9391.  RASHED v. DORSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–9392.  STEWART v. HECHINGER STORES CO.  Ct. Sp. App. Md.  Certiorari denied.

No. 97–9393.  PANETTI v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–9394.  BISZALIK v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.